# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Matthew Scott Hunsinger,
aka Matt Hunsinger, aka Matthew S Hunsinger, aka
Matthew Hunsinger,

**Debtor 1**

Chapter 7

Case No. 5:26−bk−01900−MJC

Social Security No.:
xxx−xx−0228

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

**Lisa Ann Rynard**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

BY THE COURT
By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: October 14, 2026

**fnldecac** (05/18)