United States Bankruptcy Court
Middle District of Pennsylvania

In re: Case No. 26-01900-MJC
Matthew Scott Hunsinger Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5 User: admin 
Date Rcvd: Oct 29, 2026 Form ID: 318 Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Matthew Scott Hunsinger, 462 2nd St., Laceyville, PA 18623-8091 |
| 5815727 | + | Guthrie, PO Box 826908, Philadelphia , PA 19182-6908 |
| 5815728 | + | Mario J. Hanyon, Esq., 1321 Old Trail Rd, Clarks Summit, PA 18411-8935 |
| 5815730 | + | PA Department of Transportation, 1101 South Front Street, Harrisburg, PA 17104-2516 |
| 5815732 | + | Samantha Michelle Dean, 462 2nd St, Laceyville, PA 18623-8091 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Oct 29 2026 13:04:00 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5815719 | | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 29 2026 09:05:30 | Affirm Inc, Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5815720 | + | Email/Text: rm-bknotices@bridgecrest.com | Oct 29 2026 09:06:00 | Bridgecrest, 7300 E Hampton Ave Ste 101, Mesa, AZ 85209-3324 |
| 5816213 | + | EDI: AISACG.COM | Oct 29 2026 13:04:00 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5815721 | | EDI: CAPITALONE.COM | Oct 29 2026 13:04:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5815722 | | EDI: CCS.COM | Oct 29 2026 13:04:00 | Credit Collection Services, 725 Canton St, Norwood, MA 02062-2679 |
| 5815723 | + | Email/Text: odentracklegal@sentry.com | Oct 29 2026 09:06:00 | Dairyland In. Company, 1800 North Point Drive, Stevens Point, WI 54481-1253 |
| 5815724 | | EDI: DISCOVER | Oct 29 2026 13:04:00 | Discover Card, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5815725 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 29 2026 09:15:54 | Fingerhut/Webbank, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 5815726 | | Email/Text: OMAbankruptcy@omf.com | Oct 29 2026 09:06:00 | Foursight Capital LLC, Attn: Bankruptcy, PO Box 45026, Salt Lake City, UT 84145-0026 |
| 5815729 | + | EDI: AISMIDFIRST | Oct 29 2026 13:04:00 | Midland Mortgage, P.O. Box 26648, Oklahoma City, OK 73126-0648 |
| 5815731 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 29 2026 09:15:52 | Resurgent/LVNV Funding, PO Box 1269, Greenville, SC 29602-1269 |
| 5815733 | ^ | MEBN | Oct 29 2026 09:01:32 | Scott & Associates, P.C., 41 Byberry Rd., Suite 9, Hatboro, PA 19040-3210 |
| 5815734 | + | Email/Text: home.fss-bankruptcy.934c00@statefarm.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 29 2026 09:06:00 | State Farm Insurance, One State Farm Plaza, Bloomington, IL 61710-0001 |
| 5815735 | | EDI: SYNC | Oct 29 2026 13:04:00 | Syncb/CF Moto, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5815736 | | EDI: SYNC | Oct 29 2026 13:04:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5815737 | + | EDI: VERIZONCOMB.COM | Oct 29 2026 13:04:00 | Verizon Wireless, 500 Technology Drive, Saint Charles, MO 63304-2225 |
| 5815738 | ^ | MEBN | Oct 29 2026 09:01:31 | Weltman, Weinberg & Reis, 520 Walnut St. Suite 1355, Philadelphia, PA 19106-3602 |

TOTAL: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carlo Sabatini | on behalf of Debtor 1 Matthew Scott Hunsinger usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Lisa Ann Rynard | larynard@larynardlaw.com PA88@ecfcbis.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Matthew Scott Hunsinger<br>First Name Middle Name Last Name | Social Security number or ITIN<br>EIN | xxx–xx–0228<br>_ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN<br>EIN | _ _ _ _<br>_ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | | |
| Case number: | 5:26–bk–01900–MJC | | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Matthew Scott Hunsinger
aka Matt Hunsinger, aka Matthew S Hunsinger,
aka Matthew Hunsinger

**By the court:**

10/14/26



Mark J. Conway, United States
Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**